The argument is 14-1244 Tomita Technologies v. Nintendo. Are we all ready? Mr. Rosenthal? Yes. Thank you, Your Honors, and may it please the Court. I intend to address three issues today, not all the issues in the brief. Unless we ask you. Unless you ask us to. First, the District Court's incorrectly permitting Tomita to rely upon a fourth technique as a corresponding structure to measure CP information on the cross point of optical access. That will be the first point. The second point, the District Court's erroneous rejection of Figure 3 and the related discussion as constituting the only structure disclosed in the patent that performs the offset pre-setting function of the offset pre-setting means. I don't mean to interrupt you at the beginning, but you're going to talk about that point anyway. Can I start there? Yeah. This is all very fuzzy, but it seems to me that you can read the District Court's opinion as saying that you don't need Figure 3 because Figure 1 and 2 and 4 through 8 provide sufficient structure and Figure 3 is just one particular embodiment of it. We disagree with that. Well, I understand. Do you disagree with the District Court's holding or do you disagree with what the District Court said? I think the District Court may have said what you said, Your Honor. Well, that's what I want to ask you about. Okay. Why is it in particular, because 1 and 2 don't do a whole lot. 1, 2, and 3 should be read together, Your Honor. Look, I understand that's your argument. I'm trying to ask you why I don't understand that that's necessarily the case. 1 and 2 don't do anything. They're boxes. But 4 through 8 seem very specific in describing how it's done and even includes algorithms about how you calculate this. Now, if that's the case, wouldn't 4 through 8 standing alone provide sufficient structure? Let me read to Your Honor what the patent says 4 through 8 shows. If you look in Column 7, it says, and this is the same for each of them, Figure 4 is a view showing how the stereoscopic image is viewed by a viewer. That applies to 4, 5, 6, 7, and 8. Those are not embodiments in the same way as 1, 2, and 3 are. I mean, they don't do anything other than show a view from the viewer's perspective, Your Honor. Well, I think they go a little bit further than that, though. They show how the view is calculated. I mean, I can't read this formula, but on Figure 7 there's a formula, and it's 49, 41, that's talking about how you do all this, right? But again, Your Honor, this is all from the viewer's perspective. It doesn't relate, Your Honor, to the manner in which the images are being manipulated on the inside, on the coming in, Your Honor. But the function we're talking about, the language that appears in Claim 1, describes the offsetting and displaying of said different video images based upon video image information, cross-point information, and information on the size of the image which is displayed. Yes. So don't those figures that Judge Hughes was referring to in 7 and 8 sort of do that, show you the combination and the algorithm of how those factors are to be combined or used? I actually disagree with that. This shows not from the perspective of the pickup means. This shows from the perspective of a viewer, how a viewer would view a particular image. This is not… Well, it's not just a view, though. It tells you how to adjust the image so that it appears 3D to the viewer, doesn't it? I think we're arguing about facts now, but that's what I read this as. It is from the viewer's perspective, but it does not, in my view, represent the offset pre-setting means. Let's say we disagree with you about that as a matter of fact, that this actually is an algorithm about how to offset the things to get the 3D effect, and that 4 through 8 do that. How does that affect your argument that 3 is also structure and the only structure? Can you read 4 through 8 in combination with 1 and 2 without 3? I don't believe you can. I mean, I think 4 through 8, even in combination with 1 and 2, do not provide the sort of detailed functional analysis that one finds in 3. I mean, 3… Look at figure 3, because I think figure 3 is quite detailed and goes directly to the language Judge Prost enunciated. You don't have to argue figure 3 with me. I absolutely agree. It's structure. My question really is whether it's a limiting structure or if it's just a specific embodiment. It's clearly the most specific thing, but it seems to me that our case law suggests that we shouldn't read an embodiment as limiting if there's other sufficient structure. And that's where I think we disagree. I think this case is very similar to Bennett-Marine and to Blackboard, where you have a very specific structure in figure 3. You have very general descriptions, 1, 2, 7, and 8. Can I back up again? Sure. So what's troubling me about all of this is this is all kind of very high-level technology. We have the district court's conclusions, and the district court looked at expert testimony and I think credited some expert testimony on that. Very conclusory testimony. Well, I understand, but that's the district court's job. You know, what should we do? I'm a little worried that given that the issue over the standard to review for claim construction, when the district court is construing these very complicated means plus function claims and relying on expert testimony, that down the line, this is something that the Supreme Court may say we have to defer to. I understand that, but as the law is currently, it is a de novo consideration for this court. Moreover, I think the big point we wanted to make, I mean, there are really two large points I want to make here. Number one, there is really no disagreement here about how our invention functions. The district court, Judge Rakoff said, no one seriously disputed that, and Merritt, their expert, said, look, you can look at the mantra, you can look at Ito, you can look at our people, they describe exactly what occurs here. And what does not occur here at any stage is what this patent teaches. This patent teaches that you use CP information, you embed it in an incoming image, and that that is then used along with the size of the screen to produce a screen size. We just don't do that. That is not what our device does, and it's really, there's no factual dispute about that, and that's a point which I think really underlies it. Because frankly, I was, you know, even though this was one of two issues you raised for us in your introduction, you gave much, much, much less time in your brief dedicated to this offsetting means as opposed to the other argument. So I didn't know how much you were putting on that. If we, is your view that the structure and figure three and a portion of that, that that constitutes the structure for the offsetting means? Yes. I'm sorry. And I guess, is it clear from the record, or would it, if we somehow agreed with you, would we have to send it back to then determine whether or not there's infringement under the structure? I think it's quite clear in this case that we, that we do not do what occurs here. Let me, let me just. Well, why don't you go ahead and say it. Okay, let me, let me. We don't use CP information, your honors. We don't need the distance. The way we offset, and this is clearly in the record, is that we compare the brightness of two images. We do, you know, we divide into nine zones. The other side agrees with this. And we do a comparison. We don't need this triangle, which is the crux of their invention, the sides and the angles to do our offset. We don't use it. And that's the fundamental reason why we don't have a circumstance here where we've got an infringement. And we don't need a remand, your honor, because, in point of fact, the evidence presented by the other side essentially concedes the way we do this. So your argument is that figure three is the embodiment and the only embodiment. Yes, your honor. And that figures one and two are simply a different form of describing three. And column seven says so. Now, where in figure three, then, is the offset pre-setting means? Let me give you some detail on that. It's described as well earlier. You can just give me, succinctly, if I look at figure three, where do I find the offset pre-setting means? Okay. If you look at boxes 22, 30, 31, 32, 40, 41, 50, and 70 and their inputs, that's the offsetting function. And the bottom ones, 22 across to 70 and their inputs, that's the offsetting function. And where do we find that in the spec? Is it in column nine? No, it's actually in column seven, your honor. If you look at – there's a more detailed discussion. It may be on column – Look at column nine. Yeah, I think – well, column nine contains the three techniques. Okay. The more detailed description of the offset pre-setting means. I'll get that for you in a second, your honor. But there was related discussion that describes the way those function, the way figure seven – To answer your question, it's 923 to 1052, column 923 through 1052. Starting at the bottom is a description. And then also on 11, in columns 11 and 12, 1160 in the bottom to the top of 12. I'm not sure I completed my answer. No, wait a minute. Column 11 is talking about figures four through six. So I thought the question, maybe I've lost track, was that we were looking at what – you were talking about figure three. Right. And responding to Judge Bryson as to what structure you were calling out within figure three. So I get that column nine may deal with figure three, but the rest of it doesn't. You may be right, your honor. I think the description which describes what I was talking about, the offsetting means, is column nine and column 10. Bottom of column nine and column 10. And that language and the specification, in your view, calls out those portions of the numbers which you just read to Judge Bryson? Yes. It's performing the function of offsetting? Yes, your honor. It appears there. I see I'm going into my rebuttal time, but I do want to return to the third point, which is that permitted – the district court permitted to me to present a theory of infringement that literally has no support in the patent. Basically, we have this whole discussion about the offset of the two images. That offset is, as I said earlier, done on the basis of brightness and pixel evaluation, but it does not use in any way, shape, or form CP information. They presented to the jury, to me to present it to the jury, an argument which is really unsupportable and certainly inconsistent with the patent, that basically this focal value constitutes CP information. This is despite the fact that at no stage does our autofocus ever use any distances to a cross point. They never use angles. It is simply a manipulation of captured images after they've been taken into the device, and they're about to be displayed to a viewer. You look concerned, Judge Bryson? I have plenty of thoughts, which are not in the form of a question. Okay, I will come back for my rebuttal. Mr. Stein? Good morning. Let me start with the offset pre-setting means, since that was the focus of the earlier conversation. Actually, the only place in the patent… Let me ask you, before you get started on this, and I definitely want to hear what you have to say on this, but what pre-setting? I mean, when I first read the patent, I thought, well, this is just, they start out with a particular setting, and then that's what the offset pre-setting means. It does a pre-set, and then later some other portions of the operation may adjust the offset setting. But what significance is there to the word pre-setting in the setting? Well, I don't think there's a terrible amount of significance to using the word pre-setting as opposed to… I mean, it does not indicate… Let me put it to you this way. There is a reference at one point in the patent, maybe twice in the patent, to the simple circuit that simply… An offset of the right and left eye video images can be pre-set by a simple circuit. Now, when I read that, I said, aha, that's easy. You just turn a dial, and you have a rheostat, and the rheostat tells you where the offset is. You've pre-set it, and you're done. That would make the structure argument very easy. But I take it whatever meaning is attached to that sentence, that's not what happens here, and that's not what the offset pre-setting means does, right? Well, what the offset pre-setting means does is what was described in the patent, in the claim. The claim says the offset pre-setting means for offsetting and displaying the left and right images based on two things, the cross-point information and the size of the displayed image. So that's what the offset pre-setting means does. There's another nuance to the patent that might explain the pre-setting, why it's pre-setting instead of just used in the term itself, which is that the user is able to manually adjust the offset that's automatically determined by this offset pre-setting means manually. So there could be further modification to that offset, which is in a different claim. There's a claim to a manual unit for... that takes the picture or the video, does the calculations and pre-sets the 3D, but then there's a manual portion that the viewer can then change that pre-set. It's not that the device comes with one standard pre-set. Right. One little thing I would say is that you need to separate the image capture from the image display. So at the time of image capture, you don't have to capture and display at the same time, but at the time of image capture, the device stores this cross-point information. Here it happens to be a focus value determined at the time the image is captured, and that focus value is actually an offset. There's two offsets in this case. One, an offset determined when the image is captured, and another different offset that is calculated by this offset pre-setting means at the time the image is displayed. If I have time, I hope I can get to that. It looks like I may not be able to. So it's important to separate image capture from image display. So on the display side, it takes that CP information, takes the information about the size of the displayed image, comes up with this new offset, which can be further adjusted based on user preference, the user who's viewing the image. That's the offset that means that we're talking about in the claim. It's not the picking up the image. Right, that's the offset pre-setting. The other offset was what's being determined in this case by the cross-point measuring means. Okay, so I guess getting back to this. Can you start us where Judge Rakoff's analysis, which I guess, I mean, aside from sort of lumping everyone, he lumped everything in there, all the figures, all the citations to the spec, and then says, there's the structure. You seem to distance yourself somewhat in your briefs and red briefs in terms of the analysis of what the basis is for concluding there's a structure. So you want to explain to me where you think the structure is in that? Yes. This is with respect to the offset pre-setting means. So, well, looking at figure two, there are various boxes there. And one of them is labeled offset pre-setting means. Right. And what that box does is determines the offset based on information. And how it works is, in fact, described in connection with figure seven and eight. So if you look at column 12, line 15, and this is right before figures seven and eight, it says, now the amount of the offset of the right... I'm sorry, column 12, line 15? Right, 15 and 16. It says, now the amount of the offset of the right and left eye video images will be described. That is what's talking about how to offset the right and left eye images right there. So you're saying the structure is in figure seven and eight? And in the text. I mean, you know, the text, it's found upon... Because when I read, and there are about five, ten pages in your red brief that talk about it, I really didn't see you making that argument other than maybe at the very bottom of page 59 at the end of a footnote where you talk about the mathematical formula used to calculate the offset shown in figures seven and eight. But I didn't see... Maybe I missed it, but is that the argument you were making? Well, frankly, Nintendo never emphasized it. In fact, it doesn't even dispute it. That is the only place in the patent where how you determine the offset is described. In figure three, Nintendo points to a number of boxes, but if you read, the boxes don't say where the offset, specifically where the offset is determined. It's actually in figure seven and eight. But figure seven and eight show the method from the perspective of the viewer of calculating an offset that's an appropriate offset given the cross point. And I understand that you can use that information to calculate ahead the proper offset that will show the viewer the image that has the stereoscopic effect, correct? That's basically what you're seeing in figure seven and eight is the viewer seeing a stereoscopic effect. Right, but I don't think it's quite accurate to say it's the... Well... Let me put it this way. Figure seven and eight are the end point, I take it, of a properly operating offset pre-setting means, correct? That if your offset pre-setting means is working right, you get figure seven and eight, and you have stereoscopic vision, correct? Well, you have the corrected stereoscopic vision. The corrected stereoscopic vision, the ideal. Right. So you're saying, in effect, you reason backwards from these figures to what it is that the offset pre-setting means is supposed to do. These don't depict the offset pre-setting means. I think we can agree with that, right? Well, it's describing what the offset must be. I don't think it's reasoning backwards. It's describing... We're talking about a display... In order to get the ideal display, you must have this offset. That is a description of the end product of the offset pre-setting means, correct? Of getting the right offset. I think it's... Maybe it's just, I don't know, subtle differences in semantics, but I think what it's doing... Subtle or not, I want to hear why that characterization is wrong. But I think what it's doing is describing what the offset pre-setting means has to do to display the images correctly. It's describing what it has to do. It's not working backwards from the viewer. It's describing within the system what has to be done. So, and I think another important point with respect to the offset pre-setting means is that there was expert testimony and declarations concerning the figure, the identification of structure... The court didn't explicitly point to any of that in his analysis, did he? No, but he relied upon it. He cites it in his Markman decision as one of the things he relied upon. And there is no counter-expert testimony by Nintendo's expert that what's described in this patent doesn't provide, based on the structure identified by the court, there is no counter-testimony by Nintendo's expert that doesn't render the bounds of the invention understandable to an ordinary disability art. So, here we have a situation, unlike some of the cases that were cited by Nintendo, where you have one expert saying this disclosure is sufficient for one of ordinary disability art to understand the structure. And Nintendo's argument mainly is, no, not responding to that is just look at figure 3, it's more detailed. And by the way, there is no... I think if you look back and you try to line up what he's describing as the offset pre-setting means against the figure, there is no correlation in the patent between that box in figure 2, which is labeled offset pre-setting means, to the specific structure. So you disagree with Mr. Rosenthal's characterization of numbers, on figure 3, of numbers 22 through 70 going horizontally as being the offset pre-setting means? There's no... yes, there's nothing in the specification that says that those are the... Is there any offset pre-setting means in figure 3? Or is it simply omitted from figure 3? I mean, it's not by name, but is it there by function, or is it just not... Does figure 3 omit any offset pre-setting means? No, figure 3 does, in connection with the description, does describe offsetting... Which portions of figure 3 would you identify as being the offset pre-setting means? I would identify primarily... Not that the spec has been... I would identify primarily figure box 32. Box 32. Oh, the readout timing control unit. Right. All right, so I would like to move on to... One other issue in the short time I have left, which is... So, one argument they make is that they don't... They just don't... The 3DS doesn't produce any CP information. Well, I mean, that was the critical issue at trial, was whether or not the function of this autofocus routine that creates the focus value and the manual entry unit create CP information in the form of this focus value. And our expert presented testimony that it does. The jury agreed with us. The court agreed with the jury based on substantial evidence that identified in the record. And it's just purely a factual issue that they want. Well, in a sentence, can you describe why it is that focus value is the same as CP information? Yeah, I would... I can. I would refer the court, though, to... the figure on page 10 of Tamita's brief. And... Actually, if you... So, if you look at page 10, what you have here... Actually, if you don't mind, can I go briefly to page... Well, let me start there. You're basically shifting a selected portion... Wait, of your brief or the Tamita's brief? Of Tamita's brief. OK. Well, I understand the figure on page 10, but what I'm looking to you for is not how does... the system work, but why is it that... What is it about focus value that means... that necessarily means that it is CP information? Your argument is that focus value is the... I take it, is the point at which the two axes cross. That's focus value as Nintendo uses the term, right? No, focus value is an offset between the subsets of those two images that are selected. Oh, OK, I'm sorry, yes. The focus value is the offset between the center of the two images as the image... center of the two receptive sectors of the chips, right? Correct. OK. Now, I... Sorry. And CP information is information regarding the distance between... the distance between the camera and the cross point. And it's just a simple geometric relationship that's shown there and also elsewhere in the brief. If you look at page 11, there's a prior figure of a different parallel camera configuration. Nintendo just basically refuses to accept the fact that parallel camera configurations can form cross points. That was clearly in the prior art as indicated by this Woods article. And our Tameda expert presented testimony about how this oversized chip variation is just a simple straightforward variation known at the time to shifting the chips. Instead of shifting the chips, you shift the selected portions of a larger... that you're using of a larger chip. And so it's basically the same thing as taking a smaller chip and moving it out. Thank you. OK, thank you. We'll add two minutes to the time on reasons... Thank you. ...to compensate for the other stuff. I want to make three points. Number one, focal value, no matter how many times they say it, focal value is not the same as TP information. The focal value is derived from the MOBA chip, MOBA clip pre-focus. It refers to a shifting of images. It never uses what they call CP information. It simply is based... the shifting is based on brightness. It's not based on what this patent teaches. That's point number one. Point number two, I was taken a little off guard by your question about the formula, but the formula here on seven is a formula for calculating the offset from a viewer's perspective. It is not linked. There is no linkage between that formula and any structure here. There is a little bit of a discussion. If you look, Your Honor,  there is no linkage between that formula and the structure in this case. Lastly, I did not have an opportunity to talk about this, and that is the fourth technique. Basically, the patent, as we've seen in column seven, talks about three techniques by which this structure gets CP information. It talks about laser measuring device. It talks about use of the angles of the cameras, and it talks about the user putting in distance. None of those three take place in the 3DS. There is a glancing blow in which they contend that the touchpad and the touchscreen and the circle pad may be one of those three. The evidence is clear that what those do is just allow a viewer to focus. The viewer doesn't input any distance information. So what they rely on is, and it's very heavy reliance in this case, on a fourth technique, so-called based on the position of the objects in the captured scene. That is simply nowhere tied to the function of measuring the distance between camera and CP. It's not listed with the other three techniques. At each point where the words appear, it relates not to measuring CP information but to something different, different function, calculating cross-point based upon the position of pickup means. I'm sorry. If I've gone over, I apologize, Your Honor. The point we're making is that for this particular device, the 3DS, this patent solves a problem which we don't need solving, and it provides a solution which we neither need nor use in our device. Thank you. The case is submitted.